# United States District Court, Northern District of Illinois


MHN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4457 | **DATE** | 7/22/2010 |
| **CASE TITLE** | STATE OF MICHIGAN, et al vs. UNITED STATES ARMY CORPS OF ENGINEERS, et al | | |

**DOCKET ENTRY TEXT**

MOTION by Defendants Metropolitan Water Reclamation District of Greater Chicago, United States Army Corps Of Engineers to set a briefing schedule [23] is granted. Notice of Motion date of 7/28/2010 is stricken and no appearances are necessary on that date. IT IS ORDERED that Defendants shall file their responses to Plaintiffs' Preliminary Injunction Motion on or before 8/4/2010; Plaintiffs shall file their reply to Defendants' response by 8/13/2010. Status hearing set for 8/16/2010 at 9:30a.m. to discuss the matters to be addressed and the expected duration of the hearing on Plaintiffs' Preliminary Injunction Motion; and A hearing regarding Plaintiffs' Preliminary Injunction Motion is scheduled for 8/23/2010 at 9:30a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|