MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No. 10-cv-4457 <br><br> Hon. Robert M. Dow Jr. |

## ORDER

This matter is before the Court on Defendants' Unopposed Motion Requesting the Setting of a Briefing Schedule for Plaintiffs' Preliminary Injunction Motion.

Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that:

1. Defendants' unopposed motion should be and hereby is granted.

2. Defendants shall file their responses to Plaintiffs' Preliminary Injunction Motion on or before August 4, 2010;

3. Plaintiffs shall file their reply to Defendants' response to Plaintiffs' Preliminary Injunction Motion on or before August 13, 2010;

4. A status hearing will be held on August 16, 2010 at 9:30 a.m. to discuss the matters to be addressed and the expected duration of the hearing on Plaintiffs' Preliminary Injunction Motion; and

5. A hearing regarding Plaintiffs' Preliminary Injunction Motion is scheduled for August 23, 2010 at 9:30 a.m.

Date: July 22, 2010

ROBERT M. DOW, JR.
United States District Judge