# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

State of Wisconsin, et al.

                                          Plaintiff,

v.                                                     Case No.: 1:10–cv–04457
                                                         Honorable Robert M. Dow Jr.

United States Army Corps Of Engineers, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 23, 2010:

       MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Intervenor Coalition to Save Our Waterways in limine [107] to strike the affidavit and exclude the testimony of Plaintiffs' expert Dr. Lodge is taken under advisement; response to that motion and to the Motion by Intervenor Wendella to strike the testimony of Tammy Newcomb [71] are due by 8/27/2010; replies due by 8/31/2010. Notice of Motion date of 8/25/2010 is stricken and no appearances are necessary on that date. MOTION by Plaintiff State of Michigan to Modify Hearing Schedule [92] is granted. Preliminary Injunction hearing dates of August 30 and August 31, 2010 are stricken and hearing reset to September 7, 2010 at 10:30a.m., September 8, 2010 at 10:00a.m. and September 10, 2010 at 9:00a.m. MOTION by Intervenor City of Chicago for leave to file surreply [95] is granted.MOTION by Intervenor Coalition to Save Our Waterways to file excess pages [103] is granted. Notice of motion date of 8/25/2010 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.