IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| GRAND TRAVERSE BAND OF OTTAWA ) | |
| AND CHIPPEWA INDIANS, ) | |
| ) | |
| Intervenor-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:10-cv-04457 |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, ET AL., ) | Hon. Robert M. Dow, Jr. |
| ) | |
| Defendants, ) | |
| ) | |
| CITY OF CHICAGO, COALITION TO SAVE ) | |
| OUR WATERWAYS, and WENDELLA ) | |
| SIGHTSEEING COMPANY, INC., ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that the States of Michigan, Wisconsin, Minnesota, Ohio, and the Commonwealth of Pennsylvania, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order denying Plaintiffs' Motion for preliminary injunction entered in this action on the 2nd day of December, 2010.

Respectfully submitted,

<div style="columns:2">

MICHAEL A. COX
Attorney General of Michigan
S. Peter Manning
Division Chief
/s/ Robert P. Reichel
Robert P. Reichel (P31878)
Louis B. Reinwasser (P37757)
Daniel P. Bock (P71246)
Assistant Attorneys General
ENRA Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540 (phone) (517) 373-1610 (fax)
reichelb@michigan.gov
Attorneys for State of Michigan

LORI SWANSON
Attorney General of Minnesota
STEVEN M. GUNN
Deputy Attorney General
/s/ Steven M. Gunn, by /s/ Robert P. Reichel, pursuant to written authorization on December 16, 2010
Steven M. Gunn (0038647)
Deputy Attorney General
David P. Iverson(0180944)
Assistant Attorney General
445 Minnesota St., #900
St. Paul, MN 55101-2127
(651) 757-1466
Steven.Gunn@state.mn.us
Dave.Iverson@state.mn.us
Attorneys for State of Minnesota

J.B. VAN HOLLEN
Attorney General of Wisconsin
/s/Cynthia R. Hirsch, by /s/ Robert P. Reichel, pursuant to written authorization on December 16, 2010
CYNTHIA R. HIRSCH
Assistant Attorney General
State Bar #1012870
Attorneys for State of Wisconsin
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-3861 (phone) (608) 266-2250 (fax)
hirschcr@doj.state.wi.us
Attorneys for State of Wisconsin

RICHARD CORDRAY
Attorney General of Ohio
/s/ Lee Ann Rabe, by /s/ Robert P. Reichel, pursuant to written authorization on December 16, 2010
Lee Ann Rabe
Dale T. Vitale
David M. Lieberman
Jeannine R. Lesperance
Assistant Attorneys General
Office of the Attorney General
30 East Broad Street
Columbus, OH 43215
LeeAnn.Rabe@ohioattorneygeneral.gov
Attorneys for the State of Ohio

THOMAS W. CORBETT, JR.
Attorney General of Pennsylvania
/s/ J. Bart DeLone, by /s/ Robert P. Reichel, pursuant to written authorization on December 16, 2010
J. Bart DeLone
Assistant Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-3226
jdelone@attorneygeneral.gov
Attorneys for Commonwealth of Pennsylvania

</div>

Dated: December 16, 2010